## ACT-UP TRIANGLE v. COMMISSION FOR HEALTH SERVICES

No. 328PA96

Case below: 123 N.C. App. 256

Petition by plaintiffs for writ of supersedeas allowed 5 September 1996. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question denied and notice of appeal retained 5 September 1996. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

## ADAMS v. MOORE

No. 321P96

Case below: 122 N.C. App. 752

Notice of appeal by plaintiffs (Pro Se) (substantial constitutional question) dismissed 5 September 1996. Petition by plaintiffs (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

## BAKER v. MECKLENBURG COUNTY

No. 253P96

Case below: 122 N.C. App. 398

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 5 September 1996. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

## BARGER v. McCOY HILLARD & PARKS

No. 262PA96

Case below: 120 N.C. App. 326

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

## BARRETT KAYS & ASSOC. v. COX

No. 263P96

Case below: 122 N.C. App. 398

Petition by defendant (Mark C. Kirby d/b/a/ The Law Offices of Mark C. Kirby) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.